IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CENTERIA MOORE-POWELL | ) | |
| | ) | |
| Plaintiff, | ) | JURY TRIAL DEMAND |
| vs. | ) | Case No. |
| | ) | |
| | ) | Judge: |
| CITY OF CHICAGO, | ) | |
| | ) | Magistrate Judge: |
| Defendant. | ) | |

## COMPLAINT

NOW COMES, the Plaintiff, CENTERIA MOORE-POWELL, by and through her attorney Denise M. Mercherson and brings this civil action for damages against Defendant, CITY OF CHICAGO as follows:

## JURISDICTION and VENUE

1.  Jurisdiction is based upon 28 U.S.C. Sec. 1331 and 1343. This action is brought under Title VII of the Civil Rights Act of 1964, as amended 42 U.S.C. Sec. 2000e, et seq.,

2.  The unlawful employment practices alleged herein took place in the Northern District of Illinois. Thus venue is proper in this district.

## PARTIES

3.  Plaintiff, CENTERIA MOORE-POWELL ("Plaintiff" or "Moore-Powell) is a female resident of Cook County, State of Illinois and has resided there at all times relevant to this Complaint.

1

4.     Defendant, CITY OF CHICAGO, is a unit of government within the State of Illinois.

FACTUAL BACKGROUND

5.     Ms. Moore-Powell is a female who began her employment with the Chicago Police Department in December, 1985.

6.     Ms. Moore-Powell was promoted to Police Sergeant in 2000.

7.     Ms. Moore-Powell was regularly assigned to the third watch shift during her tenure as a Police Sergeant .

8.     In March, 2005 Ms. Moore-Powell complained to her supervisor and Defendant's management that she had been sexually assaulted, harassed and subjected to retaliatory actions by her supervisor, Police Commander Ernie Brown.

9.     On April 1, 2005, Defendant compelled Ms. Moore-Powell to submit to a psychological evaluation and placed her on an involuntary unpaid medical leave.

10.    In September, 2005 and October 2005, Ms. Moore-Powell again complained to her supervisor and Defendant's management that she had been sexually assaulted, harassed and subjected to retaliatory actions by her former supervisor, Police Commander Brown.

11.    On January 17, 2006 Ms. Moore-Powell was notified by her supervisorwhiole on medical leave that she would be transferred to another district to work the midnight shift upon her return.

12.    In February, 2006 Ms. Moore-Powell was re-assigned to another District against her express request.

2

Plaintiff Timely Filed EEOC Claim

13.     Plaintiff filed timely EEOC charges # 440-2006-01342 and #440-2006-03272

        based on sex discrimination and retaliation.

Notice of Right to Sue

14.     Plaintiff filed her complaint with 90 days of the receipt of the Notice of Right to

        Sue.

Count I – Sex Discrimination

15.     Plaintiff re-alleges paragraphs 1 thru 14.

16.     Plaintiff complained to Defendants' supervisors of the sexual assault, harassment

        and retaliation by Police Commander Brown.

17.     Ms. Moore-Powell was sexually assaulted, subjected to harassment by Police

        Commander Brown and re-assigned due to her sex, female.

18.     Defendant failed to investigate and take remedial action for these complaints due

        to Ms. Moore-Powell's sex, female.

19.     Though the discriminatory acts of its agents, Defendant CITY OF CHICAGO

        violated Title VII under the doctrine of respondent superior.

Count II – Retaliation

20.     Ms. Moore-Powell re-alleges paragraphs 1 through 19 of the Complaint.

21.     Defendant retaliated against Ms. Moore-Powell through requiring her to submit to

        a psychological evaluation, harassment and re-assigning her to another district.

22.      Defendant by the acts and/or omissions alleged, retaliated against Ms. Moore-

        Powell for opposing sexual harassment in the terms and conditions of her

employment in violation of Title VII of the Civil Rights Act of 1964 and/or for

participating in a Charge of Discrimination before the EEOC.

WHEREFORE, Plaintiff, CENTERIA MOORE-POWELL, requests that the Court enter

a judgment in her favor and against Defendant CITY OF CHICAGO as follows:


A.     Award compensatory damages against the Defendant in an amount in excess
       of $300,000.00 dollars.

B.     Award the Plaintiff compensatory damages, back pay, loss of earnings, pre-
       judgment interest, post-judgment interest, lost benefits, re-instatement or
       front-pay, in an effort to make Plaintiff whole.

C.     Award reasonable attorney's fees and costs of this suit.

D.     Such other relief as this Honorable Court deems just and proper under the
       circumstances.

                                        Respectfully submitted:

                                        CENTERIRA MOORE-POWELL

                                        By: s/Denise M. Mercherson



Denise M. Mercherson
Law Office of Denise M. Mercherson
53 West Jackson Blvd.
Suite 1350
Chicago, Illinois 60604
312-360-1522